1  DANIELL G. BOGDEN
   United States Attorney
2  District of Nevada
   PHILLIP N. SMITH, JR.
3  Assistant United States Attorney
   333 Las Vegas Boulevard South
   Suite 5000
4  Las Vegas, Nevada 89101
   702-388-6336

FILED _____   RECEIVED _____
ENTERED _____   SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 23 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr- _58_ |
| Plaintiff, | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR PAUL DANIEL LOISEL (ID# 6017402) |
| vs. | |
| PAUL DANIEL LOISEL, | |
| Defendant. | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **PAUL DANIEL LOISEL**, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said **PAUL DANIEL LOISEL** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **PAUL DANIEL LOISEL** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on _I/A & A/P Thurs 3/3/2016 3:00 PM CWH 3C_, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **PAUL DANIEL LOISEL** before the United States District Court on or about _I/A & A/P Thurs 3/3/2016 3:00 PM CWH 3C_, at the hour of 3:00 p.m., for

1   arraignment and from time to time and day to day thereafter until excused by the Court has

2   been ordered by the United States Magistrate or District Judge for the District of Nevada.

3          WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad

4   Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center,

5   Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding

6   them to produce the said **PAUL DANIEL LOISEL** before the United States District Court on

7   or about ___ I/A & A/P Thurs 3/3/2016   3:00 PM  CWH 3C _____, at the hour of 3:00 p.m., for arraignment and

8   from time to time and day to day thereafter, at such times and places as may be ordered and

9   directed by the Court entitled above, to appear before the Court, and when excused by the said

10  Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas,

11  Nevada.

12          DATED this 23rd day of February, 2016.

13

14                                  Respectfully submitted,

15                                  DANIELL G. BOGDEN
                                    United States Attorney

16

17                                  PHILLIP N. SMITH, JR.
                                    Assistant United States Attorney

18

19

20

21

22

23

24

                                        2

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:16-cr- *58* |
| Plaintiff, | ) ORDER FOR ISSUANCE OF<br>) WRIT OF HABEAS CORPUS<br>) AD PROSEQUENDUM FOR |
| vs. | ) PAUL DANIEL LOISEL<br>) (ID#) 6017402 |
| PAUL DANIEL LOISEL, | ) |
| Defendant. | ) |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **PAUL DANIEL LOISEL** before the United States District Court at Las Vegas, Nevada, on or about ___I/A & A/P Thurs 3/3/2016 3:00 PM CWH 3C___, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: February 23, 2016

_____
UNITED STATES MAGISTRATE JUDGE