1  WILLIAM B. TERRY, ESQ.
   Nevada Bar No. 001028
2  WILLIAM B. TERRY, CHARTERED
   530 South Seventh Street
3  Las Vegas, Nevada 89101
   (702) 385-0799
4  (702) 385-9788 (Fax)
   Info@WilliamTerryLaw.com
5  Attorney for Defendant
   PAUL LOISEL
6
                    UNITED STATES DISTRICT COURT
7
                         DISTRICT OF NEVADA
8
   UNITED STATES OF AMERICA,           )
9                                      )
                  Plaintiff,            )   CASE NO.   2:16-cr-00058-APG-PAL
10                                     )
         vs.                            )
11                                     )
   PAUL LOISEL,                         )
12                                     )
                  Defendant.            )
13 _____)

14              **STIPULATION TO CONTINUE MOTION DEADLINES**
                              (Second Request)
15
         **IT IS HEREBY STIPULATED AND AGREED**, by and between Daniel G. Bogden,
16
   United States Attorney, and Phillip Smith, Esq., Assistant United States Attorney, counsel for the
17
   United States of America, and William B. Terry, Esq., of the law offices of William B. Terry,
18
   Chartered, counsel for the Defendant, Paul Loisel, and Nicholas Wooldridge, Esq., co-counsel for
19
   defendant, Paul Loisel, as follows:
20
         **IT IS HEREBY STIPULATED AND AGREED**, that counsel for the defense shall have
21
   up to and including May 27, 2016, within which to file any motions;
22
         **IT IS FURTHER STIPULATED AND AGREED**, by and between the parties herein, that
23
   the Government shall have up to and including June 10, 2016, to file any responses;
24
         **IT IS FURTHER STIPULATED AND AGREED**, by and between the parties herein, that
25
   the counsel for the defense shall have up to and including June 17, 2016, to file any replies;
26
         This stipulation is entered into based on the following reasons:
27
         1.     Counsel for the defense is in the process of still reviewing all the discovery in this
28
                matter;

2. The parties have not been able to come to a resolution and this matter may proceed to trial;

3. Counsel for the defendant has spoken to the defendant and the defendant has no objection to the requested continuance;

4. Counsel for the defendant have spoken to counsel for the Plaintiff who has no objection to the requested continuance;

5. Denial of this request for continuance would result in a miscarriage of justice;

5. For all of the above-stated reasons, the ends of justice would be best served by a continuance of the trial date;

6. The additional time requested by this stipulation, is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A), considering the factors under 18 U.S.C. §3161(h)(8)(B)(I) and (iv); and

7. There has been one prior requests for a continuance of the motion deadlines in this case.

DATED this __22nd__ day of April, 2016.

/s/ Phillip Smith
PHILLIP N. SMITH, JR., ESQ.
Assistant United States Attorney
Nevada Bar No. 010233
501 Las Vegas Boulevard, #1100
Las Vegas, Nevada 89101
(702) 388-6336
Attorney for Plaintiff

/s/ William Terry
WILLIAM B. TERRY, ESQ.
Nevada Bar No. 001028
530 South Seventh Street
Las Vegas, Nevada 89101
(702) 385-0799
Attorney for Paul Loisel

/s/ Nicholas Wooldridge
NICHOLAS WOOLDRIDGE, ESQ.
Nevada Bar No. 008732
520 South Fourth Street
Las Vegas, Nevada 89101
(702) 885-3991
Attorney for Paul Loisel

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
)
        Plaintiff, )    CASE NO.    2:16-cr-00058-APG-PAL
)
vs. )
)
PAUL LOISEL, )
)
        Defendant. )
)

**FINDINGS OF FACT**

Based upon the pending stipulation of the parties, and good cause appearing therefore, the Court finds that:

1. Counsel for the defense is in the process of reviewing all the discovery in this matter;
2. The parties have not been able to come to a resolution and this matter may proceed to trial;
3. Counsel for the defendant has spoken to the defendant and the defendant has no objection to the requested continuance;
4. Counsel for the defendants have spoken to counsel for the Plaintiff who has no objection to the requested continuance;
5. There have been no prior request for a continuance of the motion deadlines in this case.

**CONCLUSIONS OF LAW**

1. Denial of this request for continuance would result in a miscarriage of justice;
2. For all of the above-stated reasons, the ends of justice would be best served by a continuance of the trial date;
3. The additional time requested by this stipulation, is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A), considering the factors under 18 U.S.C. §3161(h)(8)(B)(I) and (iv); and

**ORDER**

**IT IS THEREFORE ORDERED** that counsel for the defense shall have up to and including May 27, 2016, within which to file any motions;

**IT IS FURTHER ORDERED** by and between the parties herein, that the Government shall have up to and including June 10, 2016, to file any responses;

**IT IS FURTHER ORDERED** by and between the parties herein, that the counsel for the defense shall have up to and including June 17, 2016, to file any replies.

DATED this  25th  day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE