UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL DANIEL LOISEL,<br><br>Defendant. | Case No. 2:16-cr-00058-APG-VCF<br><br>**ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL AND SETTING BRIEFING SCHEDULE ON § 2255 MOTION**<br><br>(ECF No. 35) |

Defendant Paul Daniel Loisel has filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. ECF No. 34. He also seeks appointment of counsel to assist him with his motion. ECF No. 35. At this stage, Mr. Loisel has demonstrated that he can adequately address the issues in his § 2255 motion without the need for counsel. Therefore, his request for counsel **(ECF No. 35) is DENIED**. The Government shall file an answer to that motion by **November 16 2017**. Mr. Loisel may file a reply within 45 days after the Government files its answer.

DATED this 17th day of October, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE